UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HODA SAMUEL,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DEPARTMENT OF JUSTICE, et al.,<br><br>　　　　Defendants. | No. 2:18-cv-2343 EFB P<br><br><br><br>ORDER |

Plaintiff, a pro se claimant in federal custody, brings this action pursuant to *Bivens v. Six Unknown Named Agents*, 403 U.S. 388 (1971). She requests an extension of time to file her amended complaint pursuant to the court's November 27, 2018 order.

Plaintiff's request (ECF No. 10) is granted and plaintiff has 60 days from the date this order is served to file her amended complaint.

So ordered.

Dated: January 9, 2019.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE